# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** State National Bank of Big Spring, et al.

v. Jacob J. Lew, et al.

**Case No:** 13-5247

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

◉ Appellant(s)/Petitioner(s)    ○ Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

State National Bank of Big Spring
Competitive Enterprise Institute
60 Plus Association

Names of Parties      Names of Parties

### Counsel Information

**Lead Counsel:** Adam J. White
**Direct Phone:** (202) 706-5488   **Fax:** (202) 955-0621   **Email:** adam@boydengrayassociates.com

**2nd Counsel:**
**Direct Phone:** ( )   **Fax:** ( )   **Email:**

**3rd Counsel:**
**Direct Phone:** ( )   **Fax:** ( )   **Email:**

**Firm Name:** Boyden Gray & Associates
**Firm Address:** 1627 I St. NW, Suite 950, Washington, DC 20006
**Firm Phone:** (202) 955-0620   **Fax:** (202) 955-0621   **Email:** adam@boydengrayassociates.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2013, a copy of the foregoing Entry of Appearance was filed electronically via the Court's CM/ECF system, through which a notice of the filing will be sent to all counsel of record.

      /s/ Adam J. White
      Adam J. White
      BOYDEN GRAY & ASSOCIATES
      1627 I St. NW, Suite 950
      Washington, DC  20006
      (202) 706-5488 (phone)
      (202) 955-0621 (fax)
      adam@boydengrayassociates.com